United States District Court
District of Maine

| | |
|---|---|
| Portland Alpine-Hunt Club LLC,<br>on behalf of itself and all others<br>similarly situated,<br><br>       Plaintiff,<br>    v.<br><br>Mowi ASA (fka Marine Harvest ASA),<br>et al.<br><br>       Defendants. | Case No. 2:19-cv-00446-JAW |

**Joint Motion to Transfer Case to the Southern District of Florida**

In light of the Court's recent Order to transfer a related case, *Prime Steakhouse v. Mowi ASA, et al.*, No. 2:19-cv-00207-JAW, ECF No. 68 (D. Me. March 26, 2020) ("*Prime Steakhouse*"), and to promote "judicial economy,"[1] the parties[2] have agreed that this action should also be transferred to the Southern District of Florida.

Thus, under 28 U.S.C § 1404(a), the parties jointly move and consent to transfer this case to the Southern District of Florida. *See Prime Steakhouse* at 23 (stating that, under 28 U.S.C. § 1404(a), "a district court may transfer a case to any other district or division where the case might have been originally brought, or *to which the parties have*

---

[1] *Prime Steakhouse* at 24 (citing authorities that the public factors for determining a request to transfer often "focus on judicial economy").

[2] This Motion is brought by Plaintiff Portland Alpine-Hunt Club LLC and by the Defendants who have been served in this case: Defendants Lerøy Seafood USA Inc., Ocean Quality USA, Inc., Ocean Quality North America, Inc., Ocean Quality Premium Brands, Inc., Grieg Seafood BC Ltd., Marine Harvest USA, LLC, Marine Harvest Canada, Inc., Ducktrap River of Maine LLC, and Scottish Sea Farms Ltd.

1

*consented*, in the interest of justice or for the convenience of the parties and witnesses") (quoting *Bluetarp Fin., Inc. v. Matrix Constr. Co*., 709 F.3d 72, 83 n.11 (1st Cir. 2013)) (emphasis added).

Date:  April 8, 2020

Respectfully submitted,

/s/ David G. Webbert
David G. Webbert
Braden A. Beard
Johnson, Webbert & Young, LLP
160 Capitol St., Suite 3
P.O. Box 79
Augusta, ME 04332-0079
Telephone:  (207) 623-5110
dwebbert@work.law
bbeard@work.law

*Counsel for Defendant Lerøy Seafood USA Inc.*

/s/ Kasia S. Park
Kasia S. Park
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101-2480
Telephone: (207) 772-1941
kpark@dwmlaw.com

*Counsel for Defendants Ocean Quality USA, Inc., Ocean Quality North America, Inc., Ocean Quality Premium Brands, Inc., and Grieg Seafood BC Ltd.*

/s/ Rebecca Gray Klotzle
Rebecca Gray Klotzle
Kristin Michelle Racine
Curtis Thaxter, LLC
One Canal Plaza, Suite 1000
P.O. Box 7320
Portland, ME 04112-7320
Telephone: 207-774-9000

rklotzle@curtisthaxter.com
kracine@curtisthaxter.com

*Counsel for Defendants Marine Harvest USA, LLC, Marine Harvest Canada, Inc., and Ducktrap River of Maine LLC*

/s/ Stacy O. Stitham
Stacy O. Stitham
Brann & Isaacson
184 Main Street
P.O. Box 3070
Lewiston, ME 04243
Telephone: 207-786-3566
sstitham@brannlaw.com

*Counsel for Defendant Scottish Sea Farms Ltd.*


/s/ Adam J. Zapala
Adam J. Zapala (pro hac vice)
Cotchett, Pitre & McCarthy, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com

/s/ Taylor Asen
Taylor Asen
Berman & Simmons
129 Lisbon Street
Lewiston, Maine 04240
Telephone: (207) 560-0692
tasen@bermansimmons.com

/s/ Blaine Finley
Jonathan Cuneo (pro hac vice)
Daniel M. Cohen (pro hac vice)
Blaine Finley (pro hac vice)
Cuneo Gilbert & Laduca, LLP
4725 Wisconsin Ave., NW

Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
jonc@cuneolaw.com
bfinley@cuneolaw.com
danielc@cuneolaw.com

/s/ Daniel C. Hedlund
Daniel C. Hedlund (pro hac vice)
Michelle J. Looby (pro hac vice)
Gustafson Gluek PLLC
Canadian Pacific Plaza, Suite 2600
120 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 333-8844
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com

/s/ David McMullan
David McMullan (pro hac vice)
Don Barrett (to apply pro hac vice)
Katherine B. Riley (to apply pro hac vice)
Barrett Law Group, P.A.
P.O. Box 927
404 Court Square
Lexington, MS 39095
Telephone: (662) 834-2488
dmcmullan@barrettlawgroup.com
dbarrett@barrettlawgroup.com
kbriley@barrettlawgroup.com

/s/ Shawn M. Raiter
Shawn M. Raiter (to apply pro hac vice)
Larson • King, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Telephone: (651) 312-6518
sraiter@larsonking.com

*Counsel for Plaintiff Portland Hunt-Alpine Club, LLC*

4

**Certificate of Service**

I hereby certify that on April 8, 2020, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ David G. Webbert
David G. Webbert